JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIFER GREBB,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., SAM'S WEST, INC. D/B/A SAM'S CLUB, WALMART INC, BEATRICE AGRAMON, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-cv-06198 SVW (SPx)<br><br>[Los Angeles County Superior Court Case No. 21STCV23530]<br><br>Assigned to Judge Stephen V. Wilson<br><br>**ORDER TO REMAND CASE TO STATE COURT** |

**GOOD CAUSE APPEARING**, the Court hereby approves the Joint Stipulation of the Parties and **Orders:**

1.　The above-captioned action shall be remanded to the Los Angeles Superior Court.

-1-
PROPOSED ORDER TO REMAND CASE TO STATE COURT

2. All pending deadlines and hearings in this Court are vacated.

3. Plaintiff will dismiss defendant Beatrice Agramon with prejudice and Defendants shall not to seek removal of the action to federal court based on diversity jurisdiction after Agramon is dismissed with prejudice.

4. Plaintiff will dismiss the sixth cause of action without prejudice, but in the event Plaintiff later adds the dismissed cause of action, or any portion of the cause of action, Defendants will have the right to immediately remove the matter to federal court, and Plaintiff will not oppose the removal.

5. Each Party shall bear their own attorneys' fees and costs with respect to the removal and subsequent remand of this action pursuant to this stipulation and order, and shall not be considered by any Court in deciding whether to award attorneys' fees and costs to either party in pursuit or and/or at the conclusion of this litigation.

**IT IS SO ORDERED**.

Dated: October 15, 2021

Hon. Judge Stephen V. Wilson
United States District Court